MCGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO TABAREZ, <br><br> Defendants. | CASE NO. 19-MJ-00102-CKD <br><br> STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME <br><br> DATE: January 23, 2020 <br> TIME: 2:00 p.m. <br> COURT: Hon. Edmund F. Brennan |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys VINCENZA RABENN and , and defendant ARMANDO TABAREZ, both individually and by and through his counsel of record, MEGAN VIRGA, hereby stipulate as follows:

1. The Complaint in this case was filed on June 27, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on July 18, 2019. A preliminary hearing date in the case is currently scheduled on January 23, 2020.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to March 26, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 23, 2020, and March 26, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  January 13, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated:  January 13, 2020

/s/ MEGAN VIRGA
MEGAN VIRGA
Counsel for Defendant
Armando Tabarez

[~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of January, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE