1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:19-MJ-00102-CKD
12 |                       Plaintiff,     |
13 |              v.                      | FINDINGS AND ORDER EXTENDING TIME
                                           FOR PRELIMINARY HEARING PURSUANT TO
14 | ARMANDO CHRISTOPHER TABAREZ,         | RULE 5.1(d) AND EXCLUDING TIME
15 |                       Defendant.     | DATE: January 29, 2021
                                           TIME: 2:00 p.m.
16                                         COURT: Hon. Carolyn Delaney

17
        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
18
   Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby
19
   finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good
20
   cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal
21
   Rules of Criminal Procedure.
22
        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23
   of justice served by granting this continuance outweigh the best interests of the public and the defendant
24
   in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would
25
   not adversely affect the public interest in the prompt disposition of criminal cases.
26
   ///
27
   ///
28

   [PROPOSED] FINDINGS AND ORDER                         1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to March 12, 2021 at 2:00 p.m.

2. The time between January 29, 2021, and March 12, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  January 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE