```
PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO CHRISTOPHER TABAREZ, <br><br> Defendant. | CASE NO. 2:21-CR-211-TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: December 2, 2021 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 2, 2021.

2. By this stipulation, defendant now moves to continue the status conference until March 17, 2022 at 9:30 a.m., and to exclude time between December 2, 2021, and March 17, 2022 at 9:30 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 400 pages of investigative reports, photographs, and other documents and materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review the discovery, conduct factual investigation, review the charges and potential defenses and resolutions, confer with their client, and otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 2, 2021 to March 17, 2022 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 29, 2021                        PHILLIP A. TALBERT
                                                              Acting United States Attorney

                                                               /s/ DAVID W. SPENCER
                                                               DAVID W. SPENCER
                                                               Assistant United States Attorney

Dated:  November 29, 2021                    /s/ Megan Virga
                                             Megan Virga
                                             Ronald Peters
                                             Counsel for Defendant
                                             ARMANDO CHRISTOPHER
                                             TABAREZ

## ORDER

IT IS SO FOUND AND ORDERED.


Dated: 11/29/2021

_____
Troy L. Nunley
United States District Judge