UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ARMANDO CHRISTOPHER TABAREZ,

   Defendant.

Case No.  2:21-cr-00211-TLN

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARMANDO CHRISTOPHER TABAREZ, Case No.  2:21-cr-00211-TLN , Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

  _____ Release on Personal Recognizance

  _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

  __X__ (Other): The defendant is ordered temporarily released from custody at 8:00 a.m. on August 12, 2022, to the custody of Investigator James Williams, and is further ordered to surrender himself to the Colusa County Jail no later than 7:00 p.m. that same day.

Issued at Sacramento, California on August 11, 2022 at 8:00 a.m.

_(signature)_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE