PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-211-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ARMANDO CHRISTOPHER TABAREZ, | DATE: November 8, 2022 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 8, 2022.

2. By this stipulation, defendant now moves to continue the status conference until January 31, 2023, and to exclude time between November 8, 2022, and January 31, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 400 pages of investigative reports, photographs, and other documents and materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review the discovery, conduct factual investigation, review the charges and potential defenses and resolutions, confer with their client, and otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 8, 2022 to January 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 2, 2022                              PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ DAVID W. SPENCER
                                                              DAVID W. SPENCER
                                                              Assistant United States Attorney

Dated:  November 2, 2022          /s/ Megan Virga
                                  Megan Virga
                                  Ronald Peters
                                  Counsel for Defendant
                                  ARMANDO CHRISTOPHER
                                  TABAREZ

### ORDER

Pursuant to the stipulation of the parties, the status conference previously scheduled for November 8, 2022, is continued to January 31, 2023, at 9:30 a.m. and time is excluded through January 31, 2023, under Local Code T4.  However, no further continuances of the status conference in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **November 3, 2022**                     _Dale A. Drozd_
                                  UNITED STATES DISTRICT JUDGE