PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-211-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ARMANDO CHRISTOPHER TABAREZ, | DATE: March 21, 2023 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 21, 2023.

2. By this stipulation, defendant now moves to continue the status conference until May 30, 2023, for a status conference (likely change of plea hearing), and to exclude time between March 21, 2023, and May 30, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 400 pages of investigative reports, photographs, and other documents and materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review the discovery, conduct factual investigation, review the charges and potential defenses and resolutions, confer with their client, and otherwise prepare for trial. In particular, counsel for defendant recently retained a defense expert and need additional time to consult with the expert and defendant. In addition, one of defendant's counsel recently had a surgical procedure that has inhibited counsel's ability for necessary client visits.

      c)      Counsel for defendant believes defendant will likely wish to change his plea at the next status conference. However, counsel for defendant have not had sufficient opportunity to meet with defendant to finalize the plea agreement and confirm that he desires to change his plea pursuant to the proposed plea agreement. In the event defendant does not decide to plead guilty by the next court date, the time counsel needs to meet with defendant will also be necessary for counsel's trial preparation.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 21, 2023 to May 30, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  March 15, 2023                                        PHILLIP A. TALBERT
                                                                              United States Attorney

                                                                              /s/ DAVID W. SPENCER
                                                                              DAVID W. SPENCER
                                                                              Assistant United States Attorney


Dated:  March 15, 2023                                        /s/ Megan Virga
                                                                              Megan Virga
                                                                              Ronald Peters
                                                                              Counsel for Defendant
                                                                              ARMANDO CHRISTOPHER
                                                                              TABAREZ

**ORDER**

Pursuant to the stipulation of the parties, the status conference in this is continued to May 30, 2023, at 9:30 a.m. and time is excluded between March 21, 2023, and May 30, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:   **March 15, 2023**                                        _____
                                                                              UNITED STATES DISTRICT JUDGE