IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br>　　　　Defendant. | 2:21-CR-00211-DAD |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EBERARDO ACOSTA,<br>　　　　Defendant. | 2:22-CR-00021-DAD |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THERESA SALUD QUINTAN,<br>　　　　Defendant. | 2:24-CR-00105-JAM |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:21-cr-00211-DAD, 2:21-cr-00021-DAD, 2:24-cr-00105-DAD on May 6, 2024;

Case number 2:24-cr-00105-JAM is transferred to the docket of District Judge Dale A.

1

Drozd to effect a savings of judicial effort and judicial economy.

    To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:24-cr-00105-DAD**

IT IS SO ORDERED.

Dated: **May 7, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE