PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br><br>Defendant. | CASE NO. 2:21-CR-00211-DAD<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER<br><br>DATE: June 18, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing before the Honorable Dale A. Drozd on June 18, 2024.

2. By this stipulation, the defendant now moves to continue the judgment and sentencing until October 8, 2024, for a <u>status re: judgment and sentencing hearing</u>. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Armando Christopher Tabarez previously plead guilty.

   b. Counsel for the defendant desires additional time to prepare for judgment and sentencing due to logistical issues and the defense obtaining necessary mitigation information.

        c.    The government and probation do not object to the continuance.

        d.    The parties request the judgment and sentencing hearing be continued to October 8, 2024, for a status re: judgment and sentencing hearing.

IT IS SO STIPULATED.

Dated:  June 13, 2024					PHILLIP A. TALBERT
							United States Attorney

							/s/ *DAVID W. SPENCER*
							DAVID W. SPENCER
							Assistant United States Attorney

Dated:  June 13, 2024					/s/ *Megan Virga*
							Megan Virga
							Ronald Peters
							Counsel for Defendant
							ARMANDO CHRISTOPHER TABAREZ

**ORDER**

The court, having read and considered the above stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The Court orders the presently set June 18, 2024, judgment and sentencing shall be continued to October 8, 2024, at 9:30 a.m., for a status re: judgment and sentencing hearing.

IT IS SO ORDERED.

Dated:  **June 13, 2024**				_____
							DALE A. DROZD
							UNITED STATES DISTRICT JUDGE