PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-211-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS RE: JUDGMENT AND SENTENCING; ORDER |
| v. | DATE: October 8, 2024 |
| ARMANDO CHRISTOPHER TABAREZ, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status re: judgment and sentencing hearing before the Honorable Dale A. Drozd on October 8, 2024.

2. By this stipulation, the defendant now moves to continue the status re: judgment and sentencing hearing until February 10, 2025. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Armando Christopher Tabarez previously pled guilty.

    b. Counsel for the defendant desires additional time to prepare for judgment and sentencing due to logistical issues and the defense obtaining necessary mitigation information.

    c. The government and probation do not object to the continuance.

        d.     The parties request the status re: judgment and sentencing hearing be continued to February 10, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *DAVID W. SPENCER*<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: October 2, 2024 | /s/ *Megan Virga*<br>Megan Virga<br>Ronald Peters<br>Counsel for Defendant<br>ARMANDO CHRISTOPHER TABAREZ |

### ORDER

The court, having read and considered the above stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders the status re: judgment and sentencing hearing presently set for October 8, 2024, shall be continued to February 10, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 2, 2024**

                                        DALE A. DROZD<br>                                      UNITED STATES DISTRICT JUDGE