RON PETERS (SBN: 45749)
MEGAN VIRGA (SBN: 224820)
721 Eleventh Street
Sacramento, California 95814
Telephone:   (916) 444-6595
Facsimile: (916) 444-3318
Email: ronslaw611@gmail.com
Email: megan@virgalawfirm.com

Attorneys for Defendant
ARMANDO CHRISTOPHER TABAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br><br>                   Defendant. | CASE NO.  2:21-CR-0211-DAD<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S  NOTICE AND DIRECTING DEFENSE COUNSEL TO FILE A NOTICE OF MOTION FOR BAIL REVIEW ON THE PUBLIC DOCKET |

      Pursuant to Local Rule 141(b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the eight-page document and exhibits pertaining to defendant Tabarez, and the defendant's Request to Seal shall be SEALED until further order of this Court.

      It is further ordered that access to the sealed documents shall be limited to the court, Pretrial Services, the government and counsel for the defendant.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's motion serves a compelling interest.  The Court further

finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the defendant's motion that would adequately protect the compelling interests identified by the defendant.

Finally, counsel for defendant is ordered to file a notice of motion for bail review on the public docket in this case noticing the motion for hearing before the undersigned on February 10, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **February 6, 2025**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE