Megan Virga, Esq. [SB#224820]
Law Office of John E. Virga, Inc.
721 11th Street
Sacramento, CA 95814
Telephone: (916) 444-6595
Facsimile:  (916) 444-3318
megan@virgalawfirm.com

Ronald J. Peters, Esq. [SB#45749]
721 11th Street
Sacramento, CA 95814
Telephone: (916) 322-2472
ronslaw611@gmail.com

Attorneys for Defendant
Armando Christopher Tabarez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-0211 DAD |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| ARMANDO CHRISTOPHER TABAREZ, | |
| Defendants. | |

## STIPULATION

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney David W. Spencer, Esq. and Defendant Armando Christopher Tabarez by and through his attorneys of record Megan Virga and Ronald J. Peters that the Court make the following findings and Order as Follows:

1. By previous order, this matter was set for judgment and sentencing before the Honorable Dale A. Drozd on April 14, 2025.

2. By this stipulation, the defendant now moves to continue the judgement and sentencing until July 14, 2025, Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Armando Christopher Tabarez previously plead guilty.

b. Counsel for the defendant desires additional time to prepare for judgment and sentencing due to logistical issues and the defense obtaining necessary mitigation information.

c. The government and probation do not object to the continuance.

d. The parties request the judgement and sentencing be continued to July 14, 2025.

**Disclosure Schedule For Judgment and Sentencing**

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | July 14, 2025 |
| Reply or Statement of Non-Opposition: | July 7, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on Probation Officer and opposing counsel no later than: | June 30, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 23, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 16, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | June 2, 2025 |

Dated:  March 19, 2025         /s/ RONALD JAMES PETERS
                               RONALD JAMES PETERS
                               Counsel for Defendant
                               ARMANDO CHRISTOPHER
                               TABAREZ

Dated:  March 19, 2025         /s/ MEGAN VIRGA
                               MEGAN VIRGA
                               Counsel for Defendant
                               ARMANDO CHRISTOPHER
                               TABAREZ

STIPULATION TO CONTINUE JUDGMENT AND
SENTENCING HEARING

2

Dated: March 19, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ David Spencer
David Spencer
Assistant United States Attorney

# ORDER

The court, having read and considered the above stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation.

The Court orders the presently set April 14, 2025, judgement and sentencing shall be continued to July 14, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **March 21, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE