Megan Virga, Esq. [SB#224820]
Law Office of John E. Virga, Inc.
721 11th Street
Sacramento, CA 95814
Telephone: (916) 444-6595
Facsimile:  (916) 444-3318
megan@virgalawfirm.com

Ronald J. Peters, Esq. [SB#45749]
721 11th Street
Sacramento, CA 95814
Telephone: (916) 322-2472
ronslaw611@gmail.com

Attorneys for Defendant
Armando Christopher Tabarez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br><br>             Defendants. | CASE NO.  2:21-CR-0211 DAD<br><br>STIPULATION TO CONVERT JUDGMENT & SENTENCING TO STATUS RE JUDGMENT & SENTENCING AND ; FINDINGS AND ORDER |

## STIPULATION

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney David W. Spencer, Esq. and Defendant Armando Christopher Tabarez by and through his attorneys of record Megan Virga and Ronald J. Peters that the Court make the following findings and Order as Follows:

1.     By previous order, this matter was set for judgment and sentencing before the Honorable Dale A. Drozd on July 14, 2025.

2.     By this stipulation, the defendant now moves to convert his judgment and sentencing hearing to a status of re judgment and sentencing until November 10, 2025. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Armando Christopher Tabarez previously plead guilty.

    b. Counsel for defendant recently had surgery and is still recovering.

    b. Additionally, counsel for the defendant desires additional time to prepare for judgment and sentencing due to logistical issues and the defense obtaining necessary mitigation information.

    c. The government and probation do not object to the continuance.

    d. The parties request the judgement and sentencing be converted to a status re: judgment and sentencing to November 10, 2025.

Dated: July 7, 2025
/s/ RONALD JAMES PETERS
RONALD JAMES PETERS
Counsel for Defendant
ARMANDO CHRISTOPHER TABAREZ

Dated: July 7, 2025
/s/ MEGAN VIRGA
MEGAN VIRGA
Counsel for Defendant
ARMANDO CHRISTOPHER TABAREZ

Dated: July 7, 2025
MICHELE BECKWITH
Acting United States Attorney

/s/ David Spencer
David Spencer
Assistant United States Attorney

///
///
///
///

STIPULATION TO CONVERT JUDGMENT AND SENTENCING HEARING TO STATUS RE J&S

2

## ORDER

The court, having read and considered the above stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation. The court also finds that the parties' stipulation includes a compelling showing of good cause for a continuance of the sentencing hearing.

Therefore, the Court orders that the presently set July 14, 2025, judgement and sentencing hearing is hereby continued to November 10, 2025 at 9:30 a.m. **Should the parties wish to convert the November 10, 2025 hearing to a status conference as to sentencing, they are directed to inform the undersigned's courtroom deputy at least two weeks prior to that date.**

IT IS SO ORDERED.

Dated: **July 8, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE