ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br><br>  Defendant. | CASE NO. 2:21-CR-00211-DAD<br><br>STIPULATION TO CONTINUE STATUS RE: JUDGMENT AND SENTENCING; ORDER<br><br>DATE: November 10, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status re: judgment and sentencing hearing before the Honorable Dale A. Drozd on November 10, 2025.

2. By this stipulation, the defendant now moves to continue the status re: judgment and sentencing hearing until March 9, 2026. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Armando Christopher Tabarez previously pled guilty.

   b. Counsel for the defendant desires additional time to prepare for judgment and sentencing due to logistical issues and the defense obtaining necessary mitigation information.

   c. The government and probation do not object to the continuance.

          d.      The parties request the status re: judgment and sentencing hearing be continued to March 9, 2026.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 3, 2025 | ERIC GRANT<br>United States Attorney<br><br>/s/ *DAVID W. SPENCER*<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: November 3, 2025 | /s/ *Megan Virga*<br>Megan Virga<br>Counsel for Defendant<br>ARMANDO CHRISTOPHER TABAREZ |

### ORDER

The court, having read and considered the above stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders the status re: judgment and sentencing hearing presently set for November 10, 2025, shall be continued to March 9, 2026 at 9:30 a.m. **However, no further continuances of the of the sentencing hearing in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **November 4, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING      2