ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br><br>                    Defendant. | CASE NO.  2:21-CR-211-DAD<br><br>STIPULATION TO VACATE STATUS RE: JUDGMENT & SENTENCING AND SET JUDGMENT & SENTENCING HEARING; ORDER<br><br>DATE: March 9, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status re: judgment and sentencing hearing before the Honorable Dale A. Drozd on March 9, 2026.

2.     By this stipulation, the defendant now moves to vacate the status re: judgment and sentencing hearing and set this matter for a judgment & sentencing hearing on July 13, 2026.  Plaintiff does not oppose this request.

3.     The parties agree and stipulate, and request that the Court order the following PSR deadlines:

a.     Informal objections to the draft PSR (ECF 94):  June 15, 2026

b.     Final PSR:                                              June 22, 2026

1

|   | c. | Formal objections to the Final PSR: | June 29, 2026 |
|---|----|-------------------------------------|---------------|
|   | d. | Reply to formal objections:         | July 6, 2026  |
|   | e. | Judgment & Sentencing Hearing:      | July 13, 2026 |

IT IS SO STIPULATED.


Dated:  March 4, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ *DAVID W. SPENCER*
                                                        DAVID W. SPENCER
                                                        Assistant United States Attorney


Dated:  March 4, 2026                                    /s/ *Megan Virga*
                                                        Megan Virga
                                                        Counsel for Defendant
                                                        ARMANDO CHRISTOPHER
                                                        TABAREZ


### ORDER

The Court vacates the status re: judgment and sentencing hearing presently set for March 9, 2026, and sets this matter for judgment & sentencing on July 13, 2026, at 9:30 a.m.  The Court adopts the proposed PSR schedule in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **March 4, 2026**                         _____
                                                        DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE