LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
ARMANDO TABAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br><br>       Defendant. | Case No.: 2:21-cr-0211 DAD<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br><br>Court:     Hon. Dale A. Drozd<br>Date:      July 13, 2026 |

This matter is currently set for a Sentencing Hearing on July 13, 2026.  Defendant Armando Tabarez requests to continue the Sentencing Hearing to December 7, 2026, at 9:30 a.m. Mr. Tabarez has completed his probation interview, and the Probation Department has disclosed to the parties a draft Presentence Investigation Report (PSR).

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING PSR
DISCLOSURE SCHEDULE

Mr. Tabarez's Plea Agreement permits him to argue for whatever sentence he and his counsel deem appropriate.  (ECF Document 79, Section II.B.)   The defense sentencing request is subject to the ten-year mandatory minimum sentence and must be based on the factors listed in 18 U.S.C. § 3553(a).  The draft PSR lists two related cases.  The defendants in these two related cases have not yet been sentenced, with the latest of the two cases currently scheduled for a Sentencing Hearing before this Court in late September 2026.  The assigned probation officer, who is also assigned to the related matters, indicates that a probation interview has yet to be completed in either of the related matters.

The PSR includes a leadership role enhancement for Mr. Tabarez under U.S.S.G. §3B1.1(a).  Mr. Tabarez's disputed role as a leader/organizer depends upon the nature and scope of activities performed by the defendants in the related matters.  Mr. Tabarez is therefore not able to articulate the full basis for his sentencing request, as his plea agreement expressly allows him to do, until the more culpable defendants in the related cases have been sentenced.

On that basis, defense counsel requests to continue the Sentencing Hearing to December 7, 2026.  The assigned probation officer has been consulted and is available on the requested date.  The remaining PSR disclosure schedule is modified as follows:

Informal Correction Request Due:        November 9, 2026

Final PSR Due:                          November 16, 2026

Motion for Correction Due:              November 23, 2026

Reply Date:                             November 30, 2026

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  The government does not oppose the request because the procedural posture of

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING PSR
DISCLOSURE SCHEDULE

the case does not impact the public's interest in a speedy trial.  Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: June 15, 2026

By    */s/ Todd D. Leras for*
DAVID W. SPENCER
Assistant United States Attorney

DATED: June 12, 2026

By    */s/ Megan Virga and Todd D. Leras*
MEGAN VIRGA
TODD D. LERAS
Attorney for Defendant
ARMANDO TABAREZ

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING PSR
DISCLOSURE SCHEDULE

**ORDER**

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Sentencing Hearing, set for July 13, 2026, is vacated.   A new Sentencing Hearing is set for December 7, 2026, at 9:30 a.m.  The Court adopts the modified PSR disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:   **June 15, 2026**　　　_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING PSR
DISCLOSURE SCHEDULE