LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
ARMANDO TABAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ARMANDO CHRISTOPHER TABAREZ,<br>Defendant. | Case No.: 2:21-cr-0211 DAD<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court: Hon. Dale A. Drozd<br>Date: December 7, 2026 |

This matter is currently set for a Sentencing Hearing on December 7, 2026. Defendant Armando Tabarez requests to continue the Sentencing Hearing to March 8, 2027, at 9:30 a.m. Mr. Tabarez has completed his probation interview, and the Probation Department has disclosed to the parties a draft Presentence Investigation Report (PSR).

Mr. Tabarez's Plea Agreement permits him to argue for whatever sentence he and his counsel deem appropriate. (ECF Document 79, Section II.B.) The defense sentencing request is subject to the ten-year mandatory minimum sentence and must be based on the factors listed in 18 U.S.C. § 3553(a). The defense requires additional time to complete investigation into matters supportive of Mr. Tabarez's sentencing request.

Mr. Tabarez is detained pending sentencing. Defense counsel continues to meet with him to discuss sentencing preparation, including a recent meeting during the week of October 26, 2026. Mr. Tabarez requested that defense counsel gather additional information which he believes support his sentencing request. He is therefore informed about this request and the reasons for it. He agrees with the request to continue his Sentencing Hearing.

On that basis, defense counsel requests to continue the Sentencing Hearing to March 8, 2027. The assigned probation officer has been consulted and is available on the requested date. The remaining PSR disclosure schedule is modified as follows:

| | |
|---|---|
| Informal Correction Request Due: | February 1, 2027 |
| Final PSR Due: | February 8, 2027 |
| Motion for Correction Due: | February 15, 2027 |
| Reply Date: | February 22, 2027 |

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact the public's interest in a speedy trial. Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: November 16, 2026

By *_/s/ Todd D. Leras for_*
DAVID W. SPENCER
Assistant United States Attorney

DATED: November 9, 2026

By *_/s/ Megan Virga and Todd D. Leras_*
MEGAN VIRGA
TODD D. LERAS
Attorney for Defendant
ARMANDO TABAREZ

**ORDER**

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Sentencing Hearing, set for December 7, 2026, is vacated. A new Sentencing Hearing is set for March 8, 2027, at 9:30 a.m. The Court adopts the modified PSR disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: **November 16, 2026** Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE